1  **THOMAS G. LUIKENS, ESQ.**
   **AYERS & BROWN, P.C.**
2  **4227 N. 32nd Street, 1st Floor**
   **Phoenix, Arizona 85018-4757**
3  **Thomas.Luikens@azbar.org**
   **(602) 468-5700**
4  **FAX: (602) 468-9300**
   **State Bar No. 004584**
5  **Attorney for Debtors**

6  **IN THE UNITED STATES BANKRUPTCY COURT**
   **IN AND FOR THE DISTRICT OF ARIZONA**

7

8  In re:                                           )   Chapter 11 Proceedings
                                                    )
                                                    )   Case No. 2:10-bk-06970-GBN
9  RICHARD J. FISCH and                             )
   LINDA E. FISCH,                                  )   **MOTION TO WITHDRAW FROM**
10                                                  )   **REPRESENTATION AS LEGAL**
              Debtors.                              )   **COUNSEL FOR DEBTORS WHOSE**
11                                                  )   **STATUS AS DEBTORS-IN-POSSESSION**
   _____         )   **HAS CEASED**

12

13         Thomas G. Luikens, who had been appointed counsel for the Debtors-in-Possession

14  Richard J. Fisch and Linda E. Fisch during this Chapter 11 proceeding by Orders dated April 12,

15  2010, and April 29, 2010, files this Motion to Withdraw as Legal Counsel for the Debtors and

16  Debtors-in-Possession, and in support of same, respectfully informs the Court of the following:

17         1.     The Debtors Richard J. Fisch and Linda E. Fisch, who are spouses, have been

18  informed that Thomas G. Luikens and Ayers & Brown, P.C., intend to terminate continuing legal

19  representation in the bankruptcy case of the Debtors as soon as this Motion is granted concerning

20  withdrawal of counsel for the Debtors and Debtors-in-Possession.

21         2.     In this Chapter 11 proceeding, a trustee was or will be appointed on or after October

22  21, 2010, pursuant to an Order of the U.S. Bankruptcy Court. The appointment of a Chapter 11

23  trustee should coincide with Bankruptcy Court approval for withdrawal of counsel who had been

24  appointed by Order [DE 29] and Order [DE 40] to represent the Debtors-in-Possession as officers

25  of the bankruptcy estate.

26         3.     Counsel undersigned was not appointed by the Court to represent a Chapter 11

27  Trustee appointed subsequent to filing the petition for relief; and such Trustee undoubtedly will

28  select separate counsel to represent the Trustee for the duration of a Chapter 11 proceeding.

Where the Debtors Richard J. Fisch and Linda E. Fisch's status as Debtors-in-Possession has terminated, their material change of status means that they, as individual Debtors, no longer are officers of the estate who are qualified to employ a professional who is eligible to obtain compensation from the estate pursuant to 11 U.S.C. § 330.

4. Counsel undersigned provided legal services in good faith to the Debtors-in-Possession and submitted a first application for interim compensation pursuant to 11 U.S.C. § 329 that documented 50.20 hours of legal services from March 15, 2010, until August 30, 2010.

5. The Debtors Richard J. Fisch and Linda E. Fisch are not required to express, or are not able to consent, by endorsements on this Motion to Withdraw their consent that counsel may withdraw because the Debtors now lack legal capacity to do acts as Debtors-in-Possession.

6. Immediate withdrawal by counsel undersigned from continued professional responsibility for representation after the Debtors Fisch have ceased to be Debtors-in-Possession is consistent with Rule 42, Rules of the Supreme Court of Arizona, Rules of Professional Conduct, E.R. 1.16(a)(1), (b)(1), (b)(6) and (b)(7). No applicable criterion of E.R. 1.16 nor any provision of 11 U.S.C. § 330, Local Rule 9010-1, or Local Rule 2083-8 of Rules of Bankruptcy Procedure for the District of Arizona forbids withdrawal under the present circumstances, nor mandates continued representation pro bono after a debtor-in-possession is supplanted by a trustee appointed by the U.S. Bankruptcy Court.

7. Continued obligation to furnish legal services to persons who are not Chapter 11 debtors-in-possession without provision for just compensation would confer an unjust enrichment to each of the Debtors and would constitute a corresponding material impoverishment of the attorney undersigned.

8. This paragraph constitutes the certificate required by Local Rule 9010-1(b) that counsel undersigned has complied with Local Rule 9010-1(b), *supra,* by advising each of the Debtors, whose last known address and telephone number were 8270 N. Hayden Road, #1028, Scottsdale, Arizona 85258, 480-483-6225, about the status of the case, including the dates and times of any court hearings or trial settings and the need to comply with any existing court orders, discovery requests, and the possibility of sanctions for failure to comply, and recommended to each

Debtor to arrange for substitute legal counsel for continued legal representation, if desired, by such Debtors as individuals.

RESPECTFULLY SUBMITTED this 22nd day of October, 2010.

AYERS & BROWN, P.C.

/s/TGL, #004584
Thomas G. Luikens
Attorney for Debtors Fisch

Filed pursuant to ECF requirements and copy of the foregoing mailed this 22nd day of October, 2010, to:

Richard J. Fisch
Linda E. Fisch
8270 N. Hayden Road, #1028
Scottsdale, AZ 85258

Harvey B. Friedman
c/o Steven W. Cheifetz
Cheifetz Iannitelli Marcolini, P.C.
111 W. Monroe Street, 17th Floor
Phoenix, AZ 85003

JPMorgan Chase Bank
c/l Josephine E. Piranio
Pite Duncan, LLP
4375 Jutland Drive, Ste. 200
PO Box 17933
San Diego, CA 92177-0933

GMAC Mortgage, LLC
c/o Kyle J. Shelton
Pite Duncan, LLP
4375 Jutland Drive, Ste. 200
PO Box 17933
San Diego, CA 92177-0933

Maricopa County
c/o Barbara Lee Caldwell
Caldwell Padish & Wells
7333 E. Doubletree Ranch Road, Ste. 255
Scottsdale, AZ 85258

Howard C. Meyers
Andrew Abraham
Burch & Cracchiolo, P.A.
702 E. Osborn, Ste. 200
P.O. Box 16882
Phoenix, AZ 85011

Teresa H. Foster
Ellis & Baker, P.L.L.C.
7301 N. 16th Street, #102
Phoenix, AZ 85020

Office of the U.S. Trustee
230 N. First Avenue, Ste. 204
Phoenix, AZ 85003

By /s/ Lynn Duncan